IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILLILAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:16-CV-160-WHA |
| ) | [WO] |
| NICOLE DANIELS, et al., ) | |
| ) | |
| Defendants. ) | |

## **OPINION and ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on November 4, 2016.  (Doc. #21).  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Final Judgment will be entered accordingly.

Done this 1st day of December, 2016.


   /s/  W. Harold Albritton
   W. HAROLD ALBRITTON
   SENIOR UNITED STATES DISTRICT JUDGE