IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WENDY WILLILAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:16-CV-160-WHA |
| ) | [WO] |
| NICOLE DANIELS, et al., ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

In accordance with the Order of the court entered in this case on this day, Final Judgment is entered in favor of Defendants, and against Plaintiff, and this case is DISMISSED without prejudice.

No costs are taxed.

Done this this 1st day of December, 2016.

    /s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE